I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 6/27/2003

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT

JUN 27 2003

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ✓
Scan Only ✓

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HAGEN, aka EFFERIN ZEMBALIST DEANS, | NO. CV 03-4581-MMM(E) |
| Petitioner, | ORDER |
| v. | |
| GREGORY KAPUSTA, Warden, et al., | |
| Respondents. | |

IT IS ORDERED that Petitioner shall serve upon Respondents or, if appearance has been entered by counsel, upon their attorneys, a copy of every future pleading or other document submitted for consideration by the Court. He shall include with the original paper to be filed with the Clerk of the Court a certificate stating the date that a true and correct copy of the paper was mailed to Respondents or their counsel. Any paper

///
///
///

ENTERED ON ICMS

JUL 1 2003

CV

received by a District Judge or Magistrate Judge which has not been filed with the Clerk or which fails to include a certificate of service will be disregarded by the Court.

DATED: June 27, 2003.

_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE