I CERTIFY THAT THIS DOCUMENT WAS SERVED BY
1ST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: June 27, 2003

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT

JUN 27 2003

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

Priority ——
Send ——
Enter ——
Closed ——
JS-5/JS-6 ——
JS-2/JS-3 ✓
Scan Only ✓

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HAGEN, aka EFFERIN ZEMBALIST DEANS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>GREGORY KAPUSTA, Warden, et al.,<br><br>　　　　Respondents. | NO. CV 03-4581-MMM(E)<br><br>ORDER REQUIRING ANSWER TO<br><br>PETITION FOR WRIT OF HABEAS<br><br>CORPUS |

　　　Based on the Petition filed herein:

　　　IT IS HEREBY ORDERED that Respondents file an Answer to the Petition within twenty-three (23) days of the date of this Order.

　　　IT IS FURTHER ORDERED that, if Petitioner desires to file a Traverse to the Answer, he shall do so within fifteen (15) days of the date that the Answer is filed.

///

///

ENTERED ON ICMS

JUL 1 2003

CV

1  IT IS FURTHER ORDERED that the Clerk of this Court shall
2  forthwith serve a copy of the Petition and this Order upon the
3  United States Attorney for the Central District of California,
4  counsel for Respondents, and the Clerk shall serve a copy of this
5  Order upon the Petitioner.

7  DATED: June 27, 2003.

```
                              _____
                              CHARLES F. EICK
                              UNITED STATES MAGISTRATE JUDGE
```